Carol A. MANN, Respondent,

v.

NFI MANAGEMENT CO.,
INC., Appellant.

No. WD 71780.

Missouri Court of Appeals,
Western District.

Sept. 7, 2010.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 2, 2010.

Application for Transfer Denied
Jan. 25, 2011.

Timothy P. Price, for Appellant.

Chris Banks, for Respondent.

Before Division Two: JOSEPH M. ELLIS, Presiding Judge, ALOK AHUJA, Judge and KAREN KING MITCHELL, Judge.

### ORDER

PER CURIAM:

Appellant, NFI Management Company, Inc. (NFI), appeals from the denial of its motion to set aside a default judgment entered by the Circuit Court of Clay County in favor of Respondent, Carol Mann, in her personal injury action against NFI. Finding a lack of a meritorious defense, we hold that the trial court did not abuse its discretion in denying NFI's motion to set aside the default judgment.

Judgment affirmed. Rule 84.16(b).